**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JEFFREY LEE MARTIN, DDS, A PROFESSIONAL DENTAL CORPORATION** | * * * * | **CIVIL ACTION NO. 21-cv-00585** **DISTRICT JUDGE S. MAURICE HICKS, JR.** |
| **VERSUS** | * * | |
| **AFFORDABLE CARE, LLC, ET AL.** | * | **MAGISTRATE JUDGE HORNSBY** |

**O R D E R**

Before the Court is Affordable Care, LLC and Thomas Kennedy, DDS of Louisiana II, A Professional Dental, LLC's ("Defendants") Ex Parte Motion for Legislative Extension of Time (Record Document 138) to oppose a recently filed Motion for Reconsideration.  The deadline to oppose the pending Motion for Reconsideration is currently set for May 2, 2024.  Defendants now seek an extension until June 7, 2024 to file their opposition.  Jeffrey Lee Martin, DDS, PDC and Crimson Tide, LLC ("Plaintiffs") oppose the Ex Parte Motion for Legislative Extension of Time.  See Record Document 139.

The Court has reviewed the record and the briefs.  In light of the delay in filing the Motion for Reconsideration, a short extension of time is reasonable.  The response shall be filed no later than **May 17, 2024**.  The reply is due **May 24, 2024**.   Additionally, due to a lengthy jury trial setting in Lafayette April 29-May 3, 2024, the Court must **reset** the pretrial conference in this matter (currently set for May 3, 2024).  Counsel should expect an email regarding a new date and time for the pretrial conference, preferably sometime between June 4-7, 2024.

Accordingly,

**IT IS ORDERED** that the motion is **GRANTED** as set forth above.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana this 26th day of April, 2024.

_____
HON. S. MAURICE HICKS, JR.
District Judge, Western District of Louisiana